FILED

# UNITED STATES DISTRICT COURT

2021 AUG -4  PM 12: 00

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

for the

Middle District of Florida

Orlando Division

| | | |
|---|---|---|
| CHRISTOPHER LANGDON, | ) | Case no. _____ |
| Plaintiff, | ) | JURY TRIAL REQUESTED |
| -v- | ) | |
| GREYSTAR, ROBERT "BOB" FAITH, | ) | |
| CEO of GREYSTAR, BARRY JOHNSON, | ) | |
| THE STATE OF FLORIDA, ASHLEY | ) | |
| MOODY, ATTORNEY GENERAL | ) | |
| of the STATE OF FLORIDA, SUN LAKE | ) | |
| MULTI- FAMILY HOLDINGS, LLC, | ) | |
| EVELYN CAMACHO, ALLISON MURRELL | ) | |
| ANGELA WHITT, THE HONORABLE | ) | |
| LISA T. MUNYON, CHIEF JUDGE of | ) | |
| the 9TH JUDICIAL CIRCUIT COURT, | ) | |
| & SHAWNA POLLOCK, | ) | |
| Defendants | | |

# COMPLAINT FOR A CIVIL CASE

I.  <u>The Parties to this Complaint</u>

2

A.  <u>The Plaintiff</u>

Christopher D. Langdon

P.O.B. 43
Winter Park, Florida 32790

(I have no street address and I am homeless.  I accept
mail at my P.O. Box)

407-488-8169

<u>Qiologist@yahoo.com</u> (the first letter is a "Q" not a "G")


B.  <u>The Defendants</u>

<u>Defendant No. 1</u>

Greystar Property Management

Corporate Offices

465 Meeting Street

Charleston, South Carolina 29403

1-843-579-9400

<u>Defendant No. 2</u>

Robert "Bob" Faith

CEO of Greystar

Corporate Offices

465 Meeting Street, Suite 500,

Charleston, South Carolina 29403

1-843-579-9400

Defendant No. 3

Barry B. Johnson, attorney

247 Maitland Ave.

Suite1000

Altamonte Springs, Fla. 32701

407-478-7950

Defendant No. 4

Evelyn Camacho

Current, or former, employee of Greystar

Address and phone number unknown

Defendant No. 5

Allison Murrell

Current, or former, employee of Greystar

C/O Greystar

315 East Robinson Street

Orlando, Florida 32801

407-377-0600

Home Address

415 Raintree Court

Winter Park, Fla. 32789

Defendant No. 6

    Angela Whitt, Current, or former, employee of Greystar

    C/O Sun Lake Apartments

    420 Sun Lake Circle

    Lake Mary, Florida 32746

     407-904-5525

Defendant No. 7

    THE STATE OF FLORIDA

    Ashley Moody

    Attorney General of the State of Florida

    PL-01

    The Capitol

    Tallahassee, Florida 32399-1050

     1-850-414-3300

Defendant No. 8.

    The Honorable Lisa T. Munyon, Chief Judge of

    The Ninth Judicial Circuit Court of Florida

    The Orange County Courthouse,425 North Orange Ave.

    Courtroom19-A

    Orlando, Florida 32801

     407-836-2470

Defendant No. 9

    Sun Lake Multi-Family Holdings, LLC,

    4500 Biscayne Blvd.

    Suite 200

    Miami, Fla. 33137 (phone number unknown)

Defendant No. 10

    Shawna Pollock

    C/O Sun Lake Apts.

    420 Sun Lake Circle

    Lake Mary, Fla. 32746

    407-904-5525

Defendant No. 11

    The Honorable Judge Paetra Brownlee

    The Ninth Judicial Circuit Court

    Courtroom 18-B

    The Orange County Courthouse

    425 N. Orange Ave.

    Orlando, Florida 32801

    407-836-0568

II. Basis for Jurisdiction

    X. Federal Question-Yes    X. Diversity of Citizenship-Yes

6

A. *The Constitution of The United States of America,* Article III,

Section I, Amendment I, Amendment V & Amendment XIV,

42 U.S.C.A., Section 1983

B.

(1)  The Plaintiff, Christopher Langdon, is a citizen of
*The State of Florida.*

(2) (a) The Defendant, Robert "Bob" Faith, according to my

understanding and belief, is a citizen of *The State of*
*South Carolina.*

(b)  The Defendant *Greystar* is either a partnership,

or a corporation, according to my understanding and

belief, and has its main headquarters and place of

business in *The State of South Carolina.*  I am uncertain,

if, or where, it is incorporated.

(c)  The Defendant, *Sun Lake Multi-Family Holdings, LLC,*

is incorporated in *The State of Delaware,* and has its

main office in *The State of Florida.*

(d)  The Defendants Barry Johnson, Evelyn Camacho,

Allison Murrell, Angela Whitt, Judge Lisa T. Munyon,

Attorney General Ashley Moody, Judge Luis Calderon,

Judge Paetra Brownlee and Shawna Pollock are

residents of *The State of Florida*

III.    <u>Statement of Claims</u>

(a) The judges and justices in the *State of Florida* are elected, not appointed for life, as federal judges are, and they accept campaign contributions.  Therefore, they lack the independence and objectivity that federal judges have, thus denying litigants, including myself, due process of law, equal protection under the law, and meaningful access to the courts, in violation of *The Constitution of the United States of America,* Article III, Section 1, Amendments I, V, and XIV.  Relief is available directly under the U.S. Constitution and 42 U.S.C.A, Section 1983.

(b) The courts of *The State of Florida,* and *The Ninth Judicial Circuit Court,* Orlando, deny equal protection under the law, due process of law, and meaningful access to the courts, to *pro se* litigants in general, and myself in particular.  Therefore, they are in violation of *The Constitution of the United States of America,* Amendments I, V, and XIV, and, *The Constitution of the State of Florida,* Article I, Sections 2, 9, and 21.  Relief is available directly under the respective Constitutions cited, and 42 U.S.C.A., Section 1983.

(c)*The Ninth Judicial Circuit Court* has denied my right to have the issues I raised, that are triable by a jury, decided by a jury. Particularly: whether a purported settlement agreement was procured through fraud and deceit; whether the purported settlement was void for lack of performance;

whether Defendants Pollock and Murrell committed perjury; whether attorney Barry Johnson suborned the perjury of Defendants Pollock and Murrell; whether Defendant attorney Barry Johnson perpetrated a fraud on the court by creating a fraudulent order of dismissal; and other issues.

Therefore, *The Ninth Judicial Circuit Court,* has violated, and is violating, my right to: a trial by jury as guaranteed by *The Constitution of The State of Florida,* Article I, Section 22; my right to due process of law, equal protection under the law, and meaningful access to the courts, guaranteed by *The Constitution of the United States of America,* Amendments I, V & XIV, and *The Constitution of the State of Florida,* Article I, Sections 2,9, and 21.  Relief is available directly under the Constitutions cited, and 42 U.S.C.A., Section 1983.

(d) In the almost three years since I filed my complaint against *Sun Lake, Greystar et alia,* I have attended only one hearing, on a Defendants' motion, and that was without a court reporter present, and over my objections. I was allotted less than 5 minutes to respond and was continually interrupted by Judge Calderon who became an advocate for the defense.

I have been denied numerous requests for hearings on my motions, including, but not limited to, five *Motions to Compel Discovery*.  Attorney Johnson has lied to the court, stating that I was unwilling to confer on motions.  He has obstructed my efforts to have hearings on my motions.

No judge in the *Ninth Judicial Circuit Court* has responded in a meaningful manner to any issue raised by me.  So far, after almost three years, I haven't had a hearing on any motion filed by me in the state court.  These unreasonable delays by the court and by Defendant Johnson have violated my right to meaningful access to the courts, due process of law, equal protection under the law, and justice without denial, delay or favoritism, in violation of *The Constitution of the United States of America* and *The Constitution of the State of Florida.*

(It is my understanding that fraud and deceit must be pled with particularity, including the fraud on the court by Defendant Johnson and his suborning of perjury.  Therefore, I have delineated most, but not all, of the fraud below, as briefly as possible.)

(e) In May of 2015 I rented an apartment at *Sun Lake Apartments,* Lake Mary, Florida, managed by *Greystar.*  I believe the rental agent was Defendant Camacho, who, along with Defendant Pollock used fraud and deceit to induce me to rent at *Sun Lake.* They concealed from me the fact that the man in the unit below me smoked continuously, pouring smoke into my unit, and, that smoking was banned inside the apartments at *Sun Lake Apartments,* but an exception had been made for him.  They also concealed defects in the complex and my apartment.  Other *Greystar* employees, including Defendant

Whitt, used fraud, deceit and threats to induce me to stay at *Sun Lake.* I followed the requirements of *The Florida Landlord Tenant Law* and informed *Sun Lake/ Greystar* and Whitt that I would no longer pay rent, unless they corrected the problems, and they refused to do so.

(f) The Defendants used fraud and deceit to induce an attorney to create a notice of eviction, which was placed on my door, which was in violation of the *Florida Landlord Tenant Law.* They broke the lease and violated the contract. Therefore, I moved out.

I complained to Defendant Allison Murrell of *Greystar* in Orlando. She used fraud, deceit and threats to try to get me to pay rent I did not owe. I complained to Defendant Robert Faith, the CEO of Greystar, but he never re-sponded. *Greystar, Sun Lake Apartments*, executive Robert Faith, and *Greystar* employees, including Whitt and Murrell, stole my security deposit.

(g) *Greystar* ruined my excellent credit and made me homeless. Other apartment complexes have refused to rent to me until this matter is resolved. I filed a complaint in *The Ninth Judicial Circuit Court,* Orlando against *Sun Lake, Greystar, National Credit Systems, et alia,* case no. 2017-SC-024330-0, in the *Ninth Judicial Circuit Court.* I subsequently settled with *National Credit Systems.*

At an arbitration meeting, I reached a purported settlement agreement with the remaining Defendants, through their lawyer, Barry Johnson. Subsequently, NCS sent me two documents that *Greystar* had provided to them. The concealed documents prove that the purported settlement agreement with the remaining Defendants was procured by fraud and deceit. <u>One of the two documents is fraudulent, a fabrication by *Greystar,* and was used by the Defendants to induce *National Credit Systems* to harass me for money I never owed, and to ruin my credit.</u>

Furthermore, defense attorney Johnson misrepresented the law, used threats to coerce me into signing the settlement agreement, and the Defendants never complied with the purported settlement agreement.

(h) Therefore, armed with new, previously concealed evidence, I sought relief from the purported settlement agreement, and to re-instate my claims, in 2017-SC-0243330-0, in *The Ninth Judicial District Court,* Orlando, hereafter *Langdon v. Sun Lake I.* The formerly presiding judge correctly ruled that he no longer had jurisdiction to consider the matter. Therefore, I filed case no. 2019-CA-009184-0, an independent action, hereafter *Langdon v. Sun Lake II,* in *The Ninth Judicial Circuit Court,* Orlando.

(i) Defense attorney Barry Johnson filed a motion to dismiss which was a fraud on the court, full of lies and mis-representations of the law. A hearing

of 15 minutes was ordered, which is way too brief for a *pro se* party in a complicated case, especially when confronted with an attorney who uses fraud, deceit, and suborns perjury.

I requested a continuance because the court reporter did not show up. Judge Calderon said he would only wait five minutes. During the break he and defense attorney Johnson engaged in a chummy conversation, indicating that they knew each other. After a lapse of 5 minutes, the hearing began without the court reporter, over my objections.

Mr. Johnson spoke at length, and whenever I raised an objection, Judge Calderon told me to be quiet. When it was finally my turn to speak, Judge Calderon admitted he hadn't read my lawsuit, that he had only "glanced through it." He asked me to explain my lawsuit, taking up what little time I had, and then he kept interrupting me and asked frivolous questions. I was never allowed to develop an uninterrupted chain of thought. He became an advocate for the defense. When I objected, he became angry and told me not to interrupt him. He and Johnson took up what little time there was, leaving me with virtually no time to defend the motion to dismiss.

Judge Calderon granted the motion to dismiss, with the stipulation that I be allowed to amend my complaint. The erroneous basis for the motion was a false argument not raised by the defense attorney, but raised *sua sponte*

by Judge Calderon.  He then asked defense attorney Johnson to draw up the
*Order of Dismissal,* and asked Johnson to stay for an *ex parte* meeting.  I was
told to leave and was not allowed to participate in the meeting.

 Johnson then drew up a fraudulent *Order of Dismissal* that was signed
by Judge Calderon.  The order had a completely different "legal" basis than
what Judge Calderon stated was the basis for his dismissal, at the so called
"hearing."  It contained only false, erroneous statements presented by Johnson
that was a reflection of his motion to dismiss.

I pointed out the fraudulent basis of the *Order of Dismissal,* written up
by Johnson, in my filings in the state case, *Langdon v. Sun Lake II,* over two
years ago.  Neither Johnson nor Judge Calderon has ever disputed these
allegations.  Although I waived any immunity I might have for these allegations,
Defendant Johnson has never asked for a retraction, nor sued me for
defamation.  Therefore, these allegations should be deemed admitted and true.

(j) Judge Calderon blocked any discovery in my state case, including
any hearing on my five motions to compel discovery, or hearings on any of my
other motions.  He denied me any hearing on any of my motions.

(k) In October of 2019, attorney Johnson suborned perjury, and per-
petrated a fraud on the court, by filing a perjurious "affidavit," signed by
Defendants Pollock and Murrell.  I asked for a hearing before a jury on this

matter, but my request was not granted.  Fraud in Florida is supposed to be determined by a jury, and I requested a jury trial.

(l) In my filings in the state court, I waived any immunity I might have for my numerous statements in my court filings that accuse Defendants Pollock and Murrell of committing perjury.  I also waived any immunity I might have for accusing Defendant Barry Johnson of: suborning perjury; perpetrating fraud on the court; lying in a hearing; and misrepresenting the law and facts in the case.  <u>In January of 2020, I wrote a letter to over fifty of the judges of</u> <u>*The Ninth Judicial Circuit,* accusing attorney Barry Johnson of suborning</u> <u>perjury, fraud on the court, lying, etc</u>.  I placed the letter in their mailboxes by me at the Orange County Courthouse.  Only three judges returned the letter.

A copy of the letter was filed with *The Orange County Clerk of Court* and placed in the case file for *Langdon v. Sun Lake et alia,* and a copy was sent to attorney Barry Johnson.  At no time has any Defendant, Johnson, Pollock or Murrell, asked me for a retraction, nor have they filed any denials with the court, nor with the judges of *Ninth Judicial Circuit Court,* as far as I know.

Over two years ago, I created two websites, *Sunlakecrooks.com* and *Greystarcrooks.com.*  The latter directs people to the latter.  *Gryestarcrooks.com* delineates: the fraud and deceit by the Defendants; the misappropriation of my security deposit; the shabby conditions at *Sun Lake;* the perjury by Pollock and

Murrell; the suborning of perjury by Johnson; and other accusations against the Defendants. The Defendants have not asked me to take down the websites, nor have I been sued by any of the Defendants for defamation.

The *Ninth Judicial Circuit Court* has ignored my accusations of perjury and suborning perjury, and blocked every effort I have made to further substantiate my accusations, by not allowing discovery, nor a jury trial, on those issues.

It is my understanding that Defendant Barry Johnson is allowed to practice law before the U.S. District Court for the Middle District of Florida. Therefore, it is imperative that my un-denied accusations against Defendant Johnson be properly scrutinized in the appropriate judicial proceedings in the federal court. *The Ninth Judicial Circuit Court* has abrogated its responsibility to do so, because of its pro-lawyer, anti-*pro se* bias.

(m) The Defendants have obstructed my rights to due process of law, equal protection under the law, and meaningful and timely access to the courts, through fraud and deceit, and also, by the perjury of Pollock and Murrell, and in the suborning of perjury by Johnson.

Also, Johnson has blocked hearings on my motions by lying and saying I hadn't conferred with him, when he was the one who wouldn't confer. Whenever I tried to set a date for a hearing, he claimed to be unavailable.

Stephanie Tate, an assistant in *The Ninth Judicial Circuit Court* has been very accommodating to Johnson and an obstructionist to me.

      (n) The Federal District Court is the proper venue for my claims because: The state court judges and justices of *The Supreme Court of the State of Florida* lack the objectivity to rule on the constitutionality of their elections; the judges of *The Ninth Judicial Circuit Court* lack the objectivity to rule on the constitutionality of their handling of *pro se* lawsuits; Judge Calderon dismissed my complaint, albeit with the right to amend it, without addressing the constitutionality of the election of judges, although I raised the issue in my original lawsuit; the *Ninth Judicial Circuit Court* has refused, in actuality, to adjudicate my claims; three of the Defendants in this case, Faith, Johnson and Camacho, have not been joined as Defendants in the state court proceedings, through no fault of mine; I have not been allowed a full and fair opportunity to amend my complaint in the state courts; and the perjury, fraud, deceit and obstructionism of the defendants.

      (o) Just recently, the *Ninth Judicial Circuit Court* has refused to allow 45 minutes for a hearing for the Defendants' motion to dismiss, restricting hearings to 15 minutes. As a *pro se* party I require more time, especially considering the complications in the case, the fraud and deceit of the Defendants, and my health problems. I suffer from severe hypoglycemia, and I was seriously mugged, and I sometimes get severe headaches.

(p) I have been homeless since I left *Sun Lake* in September, 2015, and the Defendants have impeded my ability to get work.  I completed the appropriate course, and passed the test, to become a certified process server.  I wrote to the supervisor of process servers in Orange County, the Chief Judge of *The Ninth Judicial Circuit Court* at the time, Judge Lauten.  I sought permission to work for a process serving company, although I am homeless, through no fault if mine.  He never responded, demonstrating the bias of the judges in the circuit against homeless people.

(IV)    <u>Relief Sought</u>

A. A *Declaratory Judgment,* holding that the election of judges and justices, above small claims courts and traffic courts, in *The State of Florida,* is contrary to *The Constitution of the United States of America.*

B. A *Declaratory Judgment* holding that the courts of *The State of Florida,* and particularly *The Ninth Judicial Circuit Court,* discriminate against *pro se* parties, including myself, by denying due process of law, equal protection under the law and meaningful access to the courts, contrary to *Constitution of the United States of America,* Amendments I, V, & XIV.

C. A *Writ of Mandamus,* requiring: that the courts of *The State of Florida,* and *The Ninth Judicial Circuit Court,* grant *pro se* parties at least thirty

minutes for hearings on motions, and 45 minutes to defend motions to dismiss, or other dispositive motions; that those courts address all issues raised by *pro se* parties, verbally at hearings, and in writing in their judgments, orders and opinions; and that those courts cite controlling case law in their opinions, judgments, orders, opinions, and other rulings, in a precise manner in order to clarify any issues raised on appeal.

D. A *Writ of Mandamus,* or injunction, requiring; that the courts of *The State of Florida,* and *The Ninth Judicial District Court,* liberally construe the pleadings of *pro se* parties; that they give them every opportunity to make their cases including frequent amendments to their complaints, liberal discovery, equal time at hearings and other proceedings; a fair opportunity to have court reporters present at any hearings; and a fair and equal opportunity to make their cases.

E. A *Writ of Mandamus* requiring that the courts of *The State of Florida,* and *The Ninth Judicial Circuit Court,* inform *pro se* litigants what issues are triable by a jury, and give them the opportunity to have those issues tried by a jury, if they so request.

F. A *Writ of Mandamus,* or injunction, barring judges in courts of *The State of Florida* and *The Ninth Judicial District Court* from holding any *ex parte* meetings, particularly those that exclude *pro se* parties.

G. A *Writ of Mandamus* ordering Defendant Barry Johnson, attorney at law, and Defendant *Greystar,* inform me if Evelyn Camacho was the person who induced me to rent at *Sun Lake Apartments,* and signed some of the related paperwork, what her middle name, if any, is, and her date of birth, in order to assist me in locating and serving her.

H. A *Writ of Mandamus* ordering Defendants lawyers and Defendant *Greysta*r to expeditiously provide me with the appropriate addresses and phone numbers, home and work, for service of process for the Defendants in this case.  If the information is unknown, then their last known addresses and places of work.

I. A *Writ of Mandamus* ordering Defendant Barry Johnson to cease and desist sending me any additional abusive, harassing, emails, or other abusive communications.  In addition, it should require him to reveal any and all associations with Judge Calderon and Judge Brownlee, including any political campaign contributions by him, his family and associates to them.

J.  A *Writ of Mandamus* allowing this case to proceed under diversity and federal issues, and that *Langdon v. Sun Lake et alia,* case no. 2019-CA-009184-0 in *The Ninth Judicial Circuit Court,* Orlando, be held in abeyance, or suspension, until this federal case has run its course and all issues are resolved.

ance, or suspension, until this federal case has run its course and all issues are resolved.

K. A *Writ of Mandamus* requiring the Defendants to supply me with an exact accounting of the handling of my security deposit for my rental at *Sun Lake Apartments,* with the names of those handling it, the dates, copies of the original documents and the right to examine the originals, by myself and by forensic experts.

L. A *Writ of Mandamus* requiring *Bank of America* to supply me with copies of all of the documents regarding the handling of my security deposit.

M. A jury trial.

N. A letter from *Greystar* stating that I was a good tenant and that I left before the end of the lease through no fault of mine, with a copy sent to me and a copy placed in my credit report.

O. A *Writ of Mandamus* ordering *Greystar* to inform renters of apartments which they manage what their smoking policy is, and to quickly remove tenants who violate that policy.

P. An extremely competent attorney appointed to assist me and a *Writ of Mandamus* ordering the courts of Florida to provide an attorney to indigent *pro se* parties in cases involving important constitutional rights.

Q. A *Writ of Mandamus* ordering the *Ninth judicial Circuit Court* to allow me work as a certified process server, under supervision of an established firm, although I am homeless.

R. A *Writ of Mandamus* barring attorney Johnson from representing the other Defendants in this case, due to a conflict of interest.

S. A *Writ of Mandamus* requiring the Defendants to expeditiously fulfill discovery requests, including depositions.

T. Damages from Defendants *Greystar, Sun Lake,* Camacho, Murrell, Pollack, Faith, and Whitt, of $400,000, and from the same Defendants, $750,000 in punitive damages. Damages from Defendant Barry Johnson of $150,000 and punitive damages of $150,00. Also, court costs, expenses, and attorneys' fees, if any.

Additionally, any other relief that the court deems just.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for

extending, modifying, or reversing existing law; (3) the factual

contentions have evidentiary support or, if so specifically identified,

will likely have evidentiary support after a reasonable opportunity for

further investigation or discovery; and (4) the complaint otherwise

complies with the requirements of Rule 11.


Christopher Langdon, Plaintiff _____