FILED

# UNITED STATES DISTRICT COURT

2021 SEP - 1 PM 2:57

for the

~ ~ DISTRICT COURT
~ DISTRICT OF FLORIDA
ORLANDO. FLORIDA

Middle District of Florida

Orlando Division

CHRISTOPHER LANGDON,           )     <u>Case no. 6:21-CV-01256-</u>

       Plaintiff,           )     JURY TRIAL REQUESTED

        -v-           )     <u>THIRD AMENDED</u>

                                )     <u>COMPLAINT</u>

THE STATE OF FLORIDA, ASHLEY MOODY, )

ATTORNEY GENERAL of the STATE of     )

FLORIDA, MAYOR BUDDY DYER, &       )

THE CITY of ORLANDO,              )

       Defendants

## COMPLAINT FOR A CIVIL CASE

I. <u>The Parties to this Complaint</u>

     A. <u>The Plaintiff</u>

          Christopher D. Langdon

          P.O.B. 43, Winter Park, Florida 32790

          (I have no street address and I am homeless.  I accept mail at my P.O. Box)

             407-488-8169

2

Qiologist@yahoo.com (the first letter is a "Q" not a "G")

Defendant No. 1

The State of Florida

Ashley Moody, Attorney General

PL-01, The Capitol

Tallahassee, Florida 32399-1050

Defendant No. 2

Mayor Buddy Dyer

Orlando City Hall

400 South Orange Ave.

Orlando, Fl. 32801

407-246-2221

Defendant No. 3

The City of Orlando

c/o City Attorney Mayanne Downs

City Hall

400 South Orange Ave.

Orlando, Florida 32801

407-246-2295

Mayanne.downs@orlando.gov

<u>Note Bene</u>:  All of the Defendants associated with *Greystar* and *Sun Lake* have been removed, without prejudice, from this complaint by the Plaintiff, leaving only federal claims.

II. <u> Basis for Jurisdiction</u>

<u>X</u>.  Federal Question - Yes   Diversity of Citizenship - No

<u>A</u>. *The Constitution of The United States of America*, Article III, Section I, Amendment I, Amendment V & Amendment XIV, 42 U.S.C.A., Section 1983

<u>B</u>.    (1)  The Plaintiff, Christopher Langdon, is a citizen and resident of *The State of Florida*.

(2)  All of the Defendants are residents of *The State of Florida*.

III.    <u>Statement of Claims – Federal Claims</u>

(a)  Judges in the *State of Florida,* below the appellate level, are elected, unlike federal judges, and they accept campaign contributions.  They lack the independence and objectivity that federal judges have.  Litigants who can't afford to give campaign contributions to judges, or hire lawyers who give campaign contributions to judges, are at a disadvantage in litigation in courts of Florida.  That is a form of economic discrimination.

4

Therefore, the election of judges denies litigants, particularly *pro se* litigants, including myself, due process of law, equal protection under the law, and meaningful access to the courts, in violation of *The Constitution of the United States of America,* Article III, Section 1, Amendments I, V, and XIV, and *The Constitution of the State of Florida.* Relief is available directly under the U.S. Constitution, 42 U.S.C.A, Section 1983, and the Florida Constitution.

(b)  The appointment of judges and justices for terms of less than 15 years doesn't provide them with the independence they require.  It is my understanding that, in Florida, appellate judges and justices of are appointed for terms of 6 years.

Therefore, the courts of *The State of Florida* deny equal protection under the law, due process of law, and meaningful access to the courts, in violation of *The Constitution of the United States of America,* Amendments I, V, & XIV and *The Constitution of the State of Florida,* Article I, Sections 2, 9, and 21.  Relief is available directly under the respective Constitutions cited, and 42 U.S.C.A., Section 1983.

(c)  There is a denial of due process of law, equal protection under the law, and meaningful access to the courts, in the courts of *The State of Florida,* against *pro se* parties.  I have two cases in the state courts, and I might file more.

(d)  The City of Orlando has allowed a political organization,

*Black Lives Matter,* to paint a huge section of a prominent street in Orlando, *Rosalind Ave.*, with their slogan "Black Lives Matter." The slogan has been there for well over a year, perhaps over two years. The slogan is visible from the air and is painted in red, black and green, the colors of the African Nationalism movement and the Pan-African movement, which are political in nature.

The following facts should be noted: *Black Lives Matter* (BLM) is an international political movement; *BLM* has engaged in violent protests, including one in England, where police officers were assaulted; *BLM* members have repeatedly surrounded white diners and verbally harassed them, and threatened them while they were eating; the key founder of *BLM*, Patrice Cullors, is a supporter of *The New Communist Movement*; Cullors has appeared in videos supporting Mao Zedong; *BLM* has indicated that it is Marxist in nature; *BLM* is in favor of defunding the Police; *BLM* has accused the police officer who shot Michael Brown of murder on its website, although the U. S. Justice Department, under President Obama, saw no reason to indict him, because he was defending himself; the NBA has supported *BLM* by painting its slogan on its basketball courts; the NBA silenced an NBA executive who tweeted support for the civil rights protesters in Hong Kong; Lebron James publicly criticized that NBA executive as "ignorant"; Lebron James has publicly

supported *BLM* and criticized *The City of Orlando;* according to many author-ities, Communist China has killed between 60 to 80 million people since its founding in 1949, including 1 million Tibetans; Communist China is practicing genocide against the minority Uyghurs because of their ethnicity and their religion.

By allowing the *BLM* slogan on its streets, *The City of Orlando* has made its streets a public forum, therefore, it must allow other points of view to be expressed on those streets, in equal prominence and duration of time, on a street of the petitioners' choosing.

*The City of Orlando* has denied my right to express my opinions, on its streets, that are contrary to those of *BLM,* in violation of *The Constitution of the United States of America,* Amendment I, and *The Constitution of the State of Florida.*

(IV)    <u>Relief Sought -Federal Claims</u>

A. A *Declaratory Judgment,* holding that the election of judges, above small claims courts and traffic courts, in *The State of Florida,* is contrary to *The Constitution of the United States of America.*

B. A *Declaratory Judgment* holding that the courts of *The State of Florida* discriminate against *pro se* parties by denying due process of law, equal

protection under the law, and meaningful access to the courts, contrary to *Constitution of the United States of America,* Amendments I, V, & XIV. and *The Constitution of the State of Florida.*

C.  A *Writ of Mandamus,* requiring: that the courts of *The State of Florida,* grant *pro se* parties a minimum of thirty minutes at hearings on motions, and one hour to defend motions to dismiss, or other dispositive motions, and more time if necessary; that the state courts address all issues raised by *pro se* parties, thoroughly, verbally at hearings and in writing in their judgments, orders, opinions, *etc.*; and that those courts cite controlling case law in their opinions, judgments, orders, opinions, *etc.,* precisely, in order to clarify any issues for possible appeals.

D. A *Writ of Mandamus,* or injunction, requiring; that the courts of *The State of Florida,* liberally construe the pleadings of *pro se* parties; that they give them every opportunity to make their cases, including frequent amendments to their complaints, liberal discovery, equal time at hearings and other proceedings; a fair opportunity to have court reporters present at any hearings; that they thoroughly address all issues raised by *pro se* parties, cite controlling case law, and give *pro se* parties a fair and equal opportunity to make their points.

E. A *Writ of Mandamus* requiring that the courts of *The State of Florida,*

inform *pro se* litigants what issues are triable by a jury, and give them

the opportunity to have those issues tried by a jury, if they so request.

F.  A *Writ of Mandamus* ordering the courts of Florida to provide an

attorney to *pro se* parties, in cases involving important constitutional

rights, when they can't afford one, and want one.

A *Writ of Mandamus* ordering *The City of Orlando* and Mayor Buddy Dyer

to allow me, and associates of my choosing, to paint a message on the

streets of Orlando, at a site of my choosing, and signage of equal

proportion to the *Black Lives Matter* sign on Rosalind Ave., Orlando.

G.  A *Writ of Mandamus* requiring the courts in Florida to advise *pro se*

parties as to: what orders, decisions, etc. are immediately appealable;

what the consequences are if they don't appeal; what the time limits for

appeal are; the cost of an appeal; and where to file the appeal.

H.  A *Writ of Mandamus* ordering *The City of Orlando* and Mayor Buddy

Dyer to allow me, and associates, to paint messages on the streets of

Orlando, at a site of my choosing, with signage of equal; proportion to

that of the *Black Lives Matter* sign on Rosalind, Ave.

The signage shall substantially state, but not be restricted to, the

following:  HEY NBA – HEY LEBRON – HEY BLM - ALL LIVES MATTER

– BLUE LIVES MATTER – YELLOW LIVES MATTER - BROWN LIVES

MATTER – BLACK LIVES MATTER - WHITE LIVES MATTER – HONG

KONG LIVES MATTER – UYGHUR LIVES MATTER – TIBETAN LIVES
MATTER – COMMUNIST CHINA PRACTICES GENOCIDE AGAINST
UYGHURS & TIBETANS & HAS KILLED OVER 60 MILLION PEOPLE –
HEY LEBRON, HEY NBA, STOP SILENCING CRITICS OF COMMUNIST
CHINA – STOP THE VIOLENCE AGAINST ASIAN AMERICANS – HEY
LEBRON, YOU'RE IGNORANT – HEY LEBRON, SUPPORT HUMAN
RIGHTS, NOT TYRANNY - NO HUMAN RIGHTS IN COMMUNIST CHINA
- HEY LEBRON, ORLANDO IS GREAT! - FREE ENTERPRISE, NOT
MARXISM, NOT COMMUNISM - DON'T DEFUND THE POLICE – NO
COMMUNISM – HEY BLM, LET ME EAT IN PEACE! – PEACEFUL
PROTESTS, YES – VIOLENT PROTESTS, NO – FUND THE POLICE -
MICHAEL BROWN TRIED TO MURDER A POLICEMAN, STOLE FROM,
A SHOPKEEPER & ASSAULTED HIM – GEORGE ZIMMERMAN WAS
DEFENDING HIMSELF – HEY BLM, LEBRON, NBA, HUMAN RIGHTS
FOR ALL!

I want this signage to be painted on the streets in front of the
*Amway Center* where NBA teams play.  Because of the violent nature of
some *BLM* supporters, adequate police protection should be given
during the painting.  Anyone who vandalizes the signage shall be
prosecuted to the full extent of the law.

If any funds of *The City of Orlando,* and/or the labor of any city employees, were used in the painting of the *BLM* sign, an equal amount should be provided to assist the painting of the signage I'm planning.

I. A jury trial is requested for any issues so triable.

J. Damages from *The City of Orlando* in an amount of not less than $10,000. I will waive this if the city immediately agrees to my request and helps expedite my signage.

K. Attorneys' fees, court costs and other expenses are requested.

L. Any other relief the court deems appropriate.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if so specifically identified,

11

will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


Respectfully submitted, this the first day of September, 2021.



Christopher Langdon, Plaintiff_____

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

CHRISTOPHER LANGDON,                      Case no. 6:CV-1256
    Plaintiff,

       v.

GREYSTAR et alia,
    Defendants

## FIRST MEMORANDUM OF AUTHORITIES

### THE CONSTITUTION OF THE UNITED STATES OF AMERICA

"Congress shall make no law...abridging freedom of speech...or the right of the people to peaceably assemble, and to petition the government for a redress of grievances." <u>Amendment I</u>

"No person shall be deprived of life, liberty, or property without due process of law..." <u>Amendment V</u>

"Nor shall any State deprive any person of life, liberty, or property without due process of law, nor deny to any person within its jurisdiction the equal protection of the laws." <u>Amendment XIV</u>

### THE CONSTITUTION OF THE STATE OF FLORIDA

"Access to Courts – The courts shall be open to every person for redress of any injury and justice shall be administered without sale, denial, or delay." <u>Article II, Section 21</u>

2

"The people shall have the right to petition for redress of grievances."
Article II, Section 5

"Due process – No person shall be deprived of life, liberty, or property
without due process of law." Article II, Section 9

"Trial by jury – The right of trial by jury shall be secure to all and remain
inviolate." Article II, Section 22


THE PLEADINGS OF PRO SE PARTIES MUST BE LIBERALLY CONSTRUED


"....*pro se* complaint should not have been dismissed without affording
him the opportunity to present evidence of his claims." *Haines v. Kerner*, 404
U.S. 519 at 519 (1972)


"Pro se pleadings are to be liberally construed in favor of pro se party."
*Serrano v. Gonzalez*, 909 F. 2nd 8 at 9 [7] (1st Cir. 1990)

"Pro se pleadings are to be held to less stringent standards than formal
pleadings drafted by lawyers." *Bradley v. Coughlin*, 671 F. 2d 686 at 686 [1]
(2nd Fed Circ. 1982)


"Pro se plaintiff, particularly one bringing civil rights action, should be
afforded opportunity fairly freely to amend his complaint." *Id*, at 686 [3]


"Motions to dismiss pro se actions are held in disfavor." *Lambert v.
Cornish*, 459 F. Supp. 853 at 853 (D. Colo. 1978)


"As the court unanimously held in *Haines v. Kerner*, 404 U.S. 519
(1972), a pro se complaint, 'however in-artfully pleaded,' must be held to 'less
stringent standards than formal pleadings drafted by lawyers' and can only be
dismissed for failure to state a claim if it appears 'beyond doubt that the
plaintiff can prove no set of facts in support of his claim...'" *Estelle v. Gamble*,
429 U.S. 97 at 106 (1976)

3

"A pro se plaintiff who brings a civil rights action should be fairly freely afforded an opportunity to amend his complaint, even if he makes the request after the court has entered summary judgment." *Satchell v. Dillworth,* 745 F. 2nd at 782 [4] (2nd Cir. 1984)

*See also: Roseboro v. Garrison,* 528 F. 2nd 309; *Graham v. Lewinski,* 848 F. 2nd 342 at 344 (2nd Cir. 1988); *Garaux v. Pulley,* 739 F. 2nd 437 at 439 (9th Cir. 1984)


## THE CONSTITUTIONAL RIGHT TO MEANINGFUL ACCESS TO COURTS

"Meaningful access to the courts is the touchstone." *Bounds v. Smith,* 430 U.S. at 823, (7 S. Ct. 1491 at 1495 (1977)

"If party engages in action that essentially covers up evidence and this action renders plaintiff's state court remedy ineffective, they have violated his right of access to the courts." *Swekel v. City of Baton Rouge,* 119 F. 3d at 1259 [3] (6th Cir. 1997)

"Mere formal right of access to the courts does not pass muster... access must be adequate, meaningful and effective." *Ryland v. Shapiro,* 708 F. 2d at 967 (5th Cir. 1983).

"Defendants could be liable for alleged actions prejudicial to plaintiff's chances of recovery in state court...resulting delay would cause stale evidence... and that it could well prove more expensive to litigate... Any interference with substantive constitutional right, such as access to the courts, may alone amount to constitutional deprivation." *Id,* at 968

"A number of other courts have also recognized that this right of access is encompassed by the first amendment right to petition. *See: McCray v. Maryland,* 456 F. 2nd 1, at 6 (4th Cir. 1972) *Id.* At 972

4

"Right of access to the courts is but one aspect of right to petition." _California Motor Transp. Co. v. Trucking Unlimited,_ 404 U.S. 508 at 508, 92 S. Ct. 609 at 609 (1972)

"The right of access to the courts cannot be infringed upon or burdened." _Silvier v. Cormier,_ 529 F. 2nd 161 at 163 (10th Cir. 1976)

"Official action designed to thwart litigation constitutes clear violation of First Amendment."  _Northern Penn. Legal Services v. County of Lackawanna,_ 513 F. Supp 678 at 679 [9] (M. D. Penn. 1981)

"Courts have found various acts of delay in court proceedings and suppression or destruction of evidence to constitute an impermissible burden on the right of access to the courts..._Jackson v. Procunier,_ 789 F. 2nd 307, 311 (5th Cir. 1986) (Any deliberate impediment to access, even a delay of access, may constitute a constitutional deprivation."); _Bell v. Milwaukee,_ 746 F. 2nd 1205, 1260-63 (7th Cir. 1984) (withholding evidence that would allow an individual to prove his claim violates right of access)." _Chrissy F. By Medley v. Miss. DPW,_ 780 F. Supp. 1104 at 1120 (S.D. Miss. 1991)