AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

CHRISTOPHER LANGDON
*Plaintiff(s)*

v.

ASHLEY MOODY, ATT. GEN.
*Defendant(s)*

Civil Action No. 6:21-cv-01256-RBD-GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASHLEY MOODY, ATTORNEY GENERAL OF
THE STATE OF FLORIDA
PL-01, THE CAPITOL
TALLAHASSEE, FLORIDA 32399-1050
1-850-414-3300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CHRISTOPHER LANGDON, PRO SE
P.O.B. 43
WINTER PARK, FL. 32790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/21

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

CHRISTOPHER LANGDON
*Plaintiff(s)*

v.

MAYOR BUDDY DYER
*Defendant(s)*

Civil Action No. 6:21-cv-01256-RBD-GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAYOR BUDDY DYER
CITY HALL
400 SOUTH ORANGE AVE.
ORLANDO, FLA. 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CHRISTOPHER LANGDON
P.O.B. 43
WINTER PARK, FL. 32790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/1/21

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

CHRISTOPHER LANGDON
*Plaintiff(s)*
v.
CITY OF ORLANDO
*Defendant(s)*

Civil Action No. 6:21-cv-01256-RBD-GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF ORLANDO
C/O CITY ATTORNEY MAYANNE DOWNS
CITY HALL, 400 SOUTH ORANGE AVE
ORLANDO, FL. 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CHRISTOPHER LANGDON PROSE
P.O.B. 43
WINTER PARK, FL. 32790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/1/21

*Signature of Clerk or Deputy Clerk*